■ In the Matter of TRAVEL HOUSE OF BUFFALO, INC., Respondent, v. EDWARD A. GRZECHOWIAK, as City of Buffalo Director of Licenses, et al., Appellants, and MADISON TAXI OF BUFFALO, INC., et al., Respondents.— Order, insofar as appealed from, unanimously reversed, without costs of this appeal to any party, and motion denied, without costs. Memorandum: Defenses contained in an answer should not be stricken unless they are clearly and unquestionably insufficient in law. This is not so in the case before us. The peti-

tioner would have the factual issues decided on the pleadings and affidavits rather than upon proof in a plenary trial. This should not be done in this case. (Appeal from certain parts of an order of Erie Special Term striking certain defenses from the answers.) Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.